IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAVID LIGI,

    Plaintiff,

    v.

THE CITY OF SANTA CRUZ, et al.,

    Defendants.

***E-FILED - 6/26/06***

CASE NO.: C-02-02622-RMW

**ORDER OF DISMISSAL**

On March 4, 2003, the Court issued its order requiring plaintiff to show cause on March 21, 2003, why this case should not be dismissed for failure to prosecute. Plaintiff failed to do so. Therefore,

IT IS HEREBY ORDERED that case is dismissed without prejudice for failure to diligently prosecute.

DATED: June 26, 2006

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

1

| | |
|---|---|
| 1 | |
| 2 | Copy of Order E-Filed and Mailed to Counsel of Record: |
| 3 | David Ligi |
| | P.O. Box 1378 |
| 4 | Boulder Creek, CA 95006 |
| 5 | *Pro Se Plaintiff* |